Sylvester A. SOMMERS et al. v. COMMIS-
SIONER OF INTERNAL
REVENUE.
No. 6056.

Circuit Court of Appeals, Sixth Circuit.
Nov. 3, 1931.

H. J. Gerrity, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Reversed and remanded for entry of order in accordance with stipulation of counsel.

SOUTHERN AMUSEMENT COMPANY, Inc., Petitioner, v. COMMISSIONER OF IN-
TERNAL REVENUE, Respondent.
No. 3353.

Circuit Court of Appeals, Fourth Circuit.
June 13, 1932.

George M. Morris, of Washington, D. C., for petitioner.

C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Case docketed and dismissed on motion of respondent.

SOUTHERN SURETY COMPANY OF NEW YORK, Appellant, v. Daisy L. MARTIN, etc., et al.
No. 9432.

Circuit Court of Appeals, Eighth Circuit.
May 18, 1932.

Thomas J. Guthrie and Stuart S. Ball, both of Des Moines, Iowa, for appellant.

Tim J. Campbell, of Newton, Iowa, for appellees.

PER CURIAM.

Motion of appellees to strike bill of exceptions sustained, and judgment affirmed, with costs.

Charles Gordon SPINK v. UNITED STATES.
No. 6083.

Circuit Court of Appeals, Sixth Circuit.
Dec. 9, 1931.

J. G. Romanoff, of Detroit, Mich., for appellant.

M. G. Miner, Asst. U. S. Atty., of Detroit, Mich.

PER CURIAM.

Docketed and dismissed pursuant to motion of counsel for appellee.

SQUARE S. LAND AND CATTLE COMPA-
NY v. ANNIE REISCH INVESTMENT
COMPANY.
No. 589.

Circuit Court of Appeals, Tenth Circuit.
April 18, 1932.

Frank Delaney, of Glenwood Springs, Colo., for appellant.

Bentley M. McMullin, of Denver, Colo., for appellee.

Before COTTERAL, PHILLIPS and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed on stipulation.